UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY ORR, individually and on behalf of     :
others similarly situated,
                              Plaintiff,        :

                                                :      **ORDER OF DISMISSAL**
v.
                                                :      22 CV 10070 (VB)

TRISTATE NOTE REPURCHASE GROUP                  :
LLC, d/b/a WINGATE BY WYNDHAM
FISHKILL,                                       :
                              Defendant.        :
------------------------------------------------------------x

The Court has been advised that the parties have reached a settlement in principle of this

case.  (Doc. #20).  Accordingly, it is hereby ORDERED that this action is dismissed without

costs, and without prejudice to the right to restore the action to the Court's calendar, provided the

application to restore the action is made by no later than June 12, 2023.  To be clear, any

application to restore the action must be filed by June 12, 2023, and any application to restore the

action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines and scheduled court appearances are cancelled, and any pending

motions are moot.

The Clerk is instructed to close this case.

Dated: May 12, 2023
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge