UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JEFFREY ORR, individually, and on behalf
of others similarly situated,
                Plaintiff,

v.

TRISTATE NOTE REPURCHASE GROUP
LLC, d/b/a WINGATE BY WYNDHAM
FISHKILL,
                Defendant.
----------------------------------------------------------------x

**ORDER**

22 CV 10070 (VB)

On August 10, 2023, plaintiff Jeffrey Orr in this Fair Labor Standards Act ("FLSA") case filed a settlement agreement (Doc. #24-1) and a statement explaining the basis for the agreement (Doc. #24) as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

In reviewing the proposed settlement agreement, the Court has considered the following factors:

(i)     of the $55,000 settlement amount, a combined amount of $35,581.22 is attributed to plaintiff and plaintiff's bankruptcy estate, which exceeds plaintiff's calculation of actual unpaid wages in the amount of approximately $23,143.00;

(ii)    the existence of a bona fide dispute whether plaintiff was properly paid, and discrepancies between pay and time records are explainable through supplemental cash payments to plaintiff that did not appear on pay records;

(iii)   all parties are represented by counsel;

(iv)   the settlement has been approved by plaintiff's Chapter 7 bankruptcy trustee;

(v)    the settlement was reached with the assistance of a neutral mediator;

(vi)   the parties' desire to resolve this action early and avoid the costs and uncertainty associated with drawn-out litigation;

(vii)   the release is limited to employment-related claims accruing before plaintiff executed the settlement agreement; and

(viii)  the absence of a confidentiality or non-disparagement clause in the settlement agreement.

Based on the foregoing, the Court finds the settlement agreement is fair and reasonable, and the product of arm's-length negotiation, not fraud or collusion.

Additionally, the Court finds the attorney's fees, which constitute one-third of the gross settlement amount, in addition to reimbursement of costs, to be fair and reasonable under the circumstances.

## CONCLUSION

Accordingly, the parties' settlement agreement is APPROVED.

The Clerk is directed to close this case.

Dated: August 14, 2023
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge